UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUIS RODRIGUEZ-HERNANDEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4069** |
| **DARREL VANNOY, WARDEN** | **SECTION "B" (2)** |

### ORDER

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Luis Rodriguez-Hernandez's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 14th day of March, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE