UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUIS RODRIGUEZ-HERNANDEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4069** |
| **DARREL VANNOY, WARDEN** | **SECTION "B" (2)** |

## JUDGMENT

The court having approved the Report and Recommendation of the United States Magistrate Judges and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent Warden Darrell Vannoy and against petitioner Luis Rodriguez-Hernandez dismissing with prejudice Rodriguez-Hernandez's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 as time-barred.

New Orleans, Louisiana, this 14th day of March, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE