UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LUIS RODRIGUEZ-HERNANDEZ**          **CIVIL ACTION**

**VERSUS**                            **NO. 18-4069**

**DARREL VANNOY, WARDEN**             **SECTION "B" (2)**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

__XX__   a certificate of appealability shall not be issued for the following reason(s):

Petitioner fails to make a substantial showing of the denial of a constitutional right on any asserted issues. See Rec. Docs. 12, 13 and 14.

New Orleans, Louisiana, this 14th day of March, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE