**Department of Public Safety & Corrections**
State of Louisiana
Louisiana State Penitentiary

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANC
SECRETARY

March 2, 2023

To:     Whom it May Concern

From:   Maghen Shipley Gagnard
        Executive Management Officer

Re:     Inmate Network

On Friday, February 24, 2023, the Inmate Network server crashed. Monday, February 27, 2023, the Department of Corrections IT department discovered the crashed server and it is currently being re-built. The estimated time of completion for the server restoration is Tuesday, March 7, 2023.

Respectfully,

Maghen Shipley Gagnard
Executive Management Officer
Louisiana State Penitentiary

Ashli Oliveaux

| | |
|---|---|
| From: | Jonathan Vining |
| Sent: | Friday, March 3, 2023 11:41 AM |
| To: | Tim Hooper |
| Cc: | Adrienne Aucoin (DOC); Maghen Gagnard; Ashli Oliveaux; James Leblanc; Jonathan London |
| Subject: | FW: Louisiana State Penitentiary Legal Server Failure |

Good morning, Warden Hooper.

I just spoke with David Becker, the General Counsel for the Louisiana Supreme Court. He said that the Chief Justice only needs the LSP inmate counsels and prisoner population to describe in detail the circumstances they are currently dealing with (the downed LSP server) when they submit their legal pleadings to the Supreme Court. That really is all they need to do—the Court said the petition screeners and Justices will take those circumstances into account if a deadline is missed.

If you would have someone relay that to the LSP population, I would be most appreciative.

Thank you.

Jonathan

From: David Becker <DBecker@LASC.ORG>
Sent: Friday, March 3, 2023 11:27 AM
To: Jonathan Vining <Jonathan.Vining@LA.GOV>
Subject: RE: Louisiana State Penitentiary Legal Server Failure

EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.

Mr. Vining:

It was good to speak with you this morning. Please also let me know the date the server is finally restored, so that I can inform the necessary individuals at the Court.

Thanks,

David A. Becker
General Counsel
Louisiana Supreme Court
400 Royal Street, Suite 1190
New Orleans, Louisiana 70130
Phone: (504) 310-2622
Fax: (504) 310-2587

This e-mail communication, including any attachments, may contain confidential or legally privileged information and is meant solely for the use of the intended recipient. If you are not the intended recipient, any use, disclosure, copying, or distribution of all or any part of this communication is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete or destroy the original and any copies of this communication.