SCANNED at LSP and Emailed
4-18-23 by DB . 2 pages
date   initials   No.

RECEIVED
APR 18 2023
Legal Programs Department

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   Apr 18 2023
CAROL L. MICHEL
CLERK
AJ   Angola

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LUIS RODRIGUEZ-HERNANDEZ           CIVIL ACTION
*Petitioner*

                                    NUMBER: 18-cv-4069

-Versus-

                                    SECTION "B" (2)

DARREL VANNOY, Warden
*Respondent*

---

## NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

NOW INTO COURT comes Pro Se Petitioner, Luis Rodrigeuz-Hernandez, respectfully submitting the following: Notice is hereby given that Luis Rodrigeuz-Hernandez, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and order dismissing Petitioner's petition for issuance of writ of habeas corpus entered in this action on the 14th day of March, 2023. This was received by the Petitioner on or about April 29, 2023.

Respectfully submitted this 12th day of April, 2023.

*[signature]*
Luis Rodriguez-Hernandez #596226
Camp C Wolf 4
Louisiana State Prison
Angola, Louisiana 70712

Prepared By:

**CAMP C – LITIGATION TEAM**
DR. ERIC M. DENET, PH.D., TH.D., DIV.D., C.ED.D.[1]
#380958 CAMP C WOLF-4
CERTIFIED PARALEGAL / OFFENDER COUNSEL III

---

[1] Identified only as required by La. Dist. Ct. R. 60.5. Not admitted to practice.

1

## AFFIDAVIT / CERTIFICATE OF SERVICE

I do hereby swear and affirm that the foregoing is true and correct to the best of my knowledge and belief.

I do hereby certify that a copy of the foregoing has been served upon:

Opposing Counsel
Hon. Paul Connick, District Attorney
24th Judicial District Attorney's Office
200 Derbigny St.
Gretna, Louisiana 70053

by placing a copy of same in a properly addressed envelope into the hands of the Classification Officer assigned to my unit along with a Drawslip made out to the General Fund, LSP, Angola, Louisiana 70712 for the cost of postage and a properly filled out Inmate's Request for Indigent/ Legal Mail form, receiving receipt for same in accordance with the institution's rules and procedures for legal mail.

Done this 12th day of April, 2023.

Luis Rodriguez-Hernandez #596226

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Tuesday, April 18, 2023 2:19 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #596226141834.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.