RECEIVED
MAY 11 2023
Legal Programs Department

SCANNED at LSP and Emailed
5-11-23 by KS, 5 pages
date  initials  No.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   May 11 2023
CAROL L. MICHEL
CLERK
AJ                Angola

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUIS RODRIGUEZ-HERNANDEZ
*Petitioner*

-Versus-

TIM HOOPER, Warden
*Respondent*

CIVIL ACTION

NUMBER: 18-CV-4069

SECTION "B" (2)

## REQUEST FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* STATUS ON APPEAL

MAY IT PLEASE THE COURT:

NOW INTO COURT, comes Pro Se Petitioner, Luis Rodriguez-Hernandez, respectfully submitting the following: *Request for In Forma Pauperis Status* and *Application to Proceed Without Prepayment of Fees*.

On April 12, 2023, Petitioner has filed a Notice of Appeal in order to appeal this Court's prior judgment to the United States Court of Appeals for the Fifth Circuit, in the above listed Civil Action Number. This request attaches to the Notice of Appeal.

On April 25, 2023, the United States Court of Appeals, Fifth Circuit, sent a letter stating that the appeal has been docketed. Yet, court fees for the notice of appeal must be paid or an exemption status must be request and granted from the United States District Court from which the judgment is being challenged.

This Honorable Court has previously granted for exemption status during the filing of Application for Writ of Habeas Corpus. Petitioner is and has been continuously incarcerated.

1

His financial status has no changed.

Therefore, Petitioner ask to be granted this request for leave to proceed *in forma pauperis* status on appeal.

Respectfully submitted this 10th day of May, 2023.

*[signature]*

Luis Rodriguez-Hernandez #596226
Camp C Wolf 4
Louisiana State Prison
Angola, Louisiana 70712

Prepared By:

| | |
|---|---|
| ✦✦✦ | **CAMP C – LITIGATION TEAM** |
| | DR. ERIC M. DENET, PH.D., TH.D., DIV.D., C.ED.D. [1] |
| | #380958 CAMP C WOLF-4 |
| | CERTIFIED PARALEGAL / OFFENDER COUNSEL III |

---

[1] Identified only as required by La. Dist. Ct. R. 60.5. Not admitted to practice.

2

## AFFIDAVIT / CERTIFICATE OF SERVICE

Notification of this *Request for In Forma Pauperis Status* and *Application to Proceed Without Prepayment of Fees* is being sent to the Court of Appeal, Fifth Circuit, for the purpose of exemption from paying the filing fee under Fed. R. App. 24.

Petitioner also submits a copy of the Notice of Appeal which was filed with this Court.

This is being done by placing a copy of same in a properly addressed envelope into the hands of the Classification Officer assigned to my unit along with a Drawslip made out to the General Fund, LSP, Angola, Louisiana 70712 for the cost of postage and a properly filled out Inmate's Request for Indigent/Legal Mail form, receiving receipt for same in accordance with the institution's rules and procedures for legal mail.

Done this 10th day of May, 2023.

_____
Luis Rodriguez-Hernandez #596226

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Thursday, May 11, 2023 2:44 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #596226144321.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1