## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUIS RODRIGUEZ-HERNANDEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4069** |
| **DARREL VANNOY, WARDEN** | **SECTION "B"** |

### ORDER

Considering the petitioner's application to proceed *in forma pauperis* on appeal,

**IT IS ORDERED** that:

☐ the motion is **GRANTED**; the party is entitled to proceed *in forma pauperis*.

☐ the motion is **MOOT**; the party was previously granted pauper status.

☐ the motion is **DENIED**; the party has sufficient funds to pay the filing fee.

☐ the motion is **DENIED** as **MOOT**; the filing fee has already been paid.

☐ the motion is **DENIED**; the requested financial information has not been provided.

☒ the motion is **DENIED**; the party is not entitled to proceed *in forma pauperis* for the listed reasons:

The proposed appeal fails to show good faith grounds for requested relief. See Rec. Docs. 12, 13 and 14.

New Orleans, Louisiana, this 15th day of May, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE