# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 7, 2023

Lyle W. Cayce
Clerk

No. 23-30249

Luis Rodriguez-Hernandez,

*Petitioner—Appellant,*

*versus*

Tim Hooper, *Warden, Louisiana State Penitentiary,*

*Respondent—Appellee.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-4069

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of July 7, 2023, for want of prosecution. The appellant failed to timely pay the filing fee and comply with requirements for a Certificate of Appealability.

No. 23-30249

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
WHITNEY M. JETT, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jul 07, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**