# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 23-30249   Rodriguez-Hernandez v. Hooper
                        USDC No. 2:18-CV-4069

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Whitney M. Jett, Deputy Clerk
        504-310-7772

cc w/encl:
    Mr. Matthew B. Caplan
    Mr. Luis Rodriguez-Hernandez